# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARI L. JENSEN, and JAREL J. JENSEN,<br><br>              **Plaintiffs,**<br><br>   vs.<br><br>NEBRASKA METHODIST HEALTH SYSTEM, INC., THE NEBRASKA METHODIST HOSPITAL, RADIOLOGIC CENTER, INC., and NICK L. NELSON, M.D.;<br><br>              **Defendants.** | 8:24CV129<br><br>ORDER |

      This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

      The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

      Dated this 14th day of May, 2024.

                                                          BY THE COURT:

                                                          s/ Michael D. Nelson<br>
                                                          United States Magistrate Judge