IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARI L. JENSEN, and JAREL J. JENSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>NEBRASKA METHODIST HEALTH SYSTEM, INC., THE NEBRASKA METHODIST HOSPITAL, RADIOLOGIC CENTER, INC., and NICK L. NELSON, M.D.;<br><br>Defendants. | 8:24CV129<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The Court grants Defendants Radiologic Center, Inc. and Nick L. Nelson, M.D.'s unopposed motion to amend the final progression order. Filing No. 43.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for April 15, 2025 is continued and will be held with the undersigned magistrate judge on **May 20, 2025** at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    January 2, 2025.

1

        For the defendant(s):        May 1, 2025.

3) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):        January 13, 2025.

        For the defendant(s):        May 15, 2025.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is April 9, 2025.

5) The deadline for filing motions to dismiss and motions for summary judgment is June 11, 2025.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 11, 2025.

7) All other deadlines and provisions in the Court's final progression order, Filing No. 27, not amended herein remain unchanged.

Dated this 12th day of February, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.