IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARI L. JENSEN, and JAREL J. JENSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>RADIOLOGIC CENTER, INC., and NICK L. NELSON, M.D.;<br><br>Defendants. | 8:24CV129<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

Defendants filed a motion to modify the final progression order. Filing No. 69. Plaintiffs' counsel emailed chambers Plaintiffs are unopposed.

Accordingly,

IT IS ORDERED that the Court grants Defendants' motion, Filing No. 69, for good cause shown.

IT IS FURTHER ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for July 15, 2025 is <u>continued</u> and will be held with the undersigned magistrate judge on **August 12, 2025** at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadlines for complete expert disclosures[1] for all experts expected to

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and

1

testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):        January 13, 2025.

    For the defendant(s):        July 7, 2025.

3)     The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 7, 2025.

4)     The deadline for filing motions to dismiss and motions for summary judgment is September 8, 2025.

5)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 8, 2025.

6)     All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 13th day of June, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

---

treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.