IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHARI L. JENSEN, and JAREL J. JENSEN,

Plaintiffs,

vs.

RADIOLOGIC CENTER, INC., and NICK L. NELSON, M.D.,

Defendants.

**8:24CV129**

**ORDER REGARDING COURT'S PROPOSED JURY INSTRUCTIONS**

The case is before the Court in preparation for a jury trial set to begin on Monday, March 9, 2026. Attached to this Order are the Court's Proposed Jury Instructions. A Proposed Verdict Form will follow in due course. The Court has included annotations with each instruction indicating the Court's sources and authorities and explaining any resolution of disputes between the parties' Proposed Jury Instructions and differences from the Court's Proposed Jury Instructions. These annotations will be removed before the instructions are read to the jury; they are for purposes of discussion.

The Court deems it appropriate to set deadlines for the parties' responses to the Court's Proposed Jury Instructions prior to the start of trial. The Court and the parties must wrap up the language for Instructions 1 through 9 as soon as possible, because those instructions will be read at the beginning of trial. Therefore, the parties must be prepared to offer any objections to Instructions 1 through 9 at the Pretrial Conference on Friday, March 6, at 9:30 a.m. The Court also requires time to consider the parties' responses to Instructions 10 through 15 before the first jury instruction conference during trial. Thus, the parties must file a response to those Instructions not later than 5:00 p.m. on Friday, March 6, 2026. A response is required even if a party has no objections.

1

Requiring responses is not an invitation to "wordsmith" the instructions. Merely "preferring" different language is not a ground for an objection. Any objections must be based in expected and identified evidence in the case or the nature of the damages requested, must provide supporting authority, and must set out proposed alternative language. Failure to meet these requirements will constitute a waiver of any objection.

Accordingly,

IT IS ORDERED that

1.    the parties must be prepared to offer any objections to Instructions 1 through 9 at the Pretrial Conference orally on Friday, March 6, at 9:30 a.m.; and

2.    the parties must file a response to those Instructions not later than 5:00 p.m. on Friday, March 6, 2026. A response is required even if a party has no objections.

Dated this 5th day of March, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge