IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAR 12 PM 4: 22

OFFICE OF THE CLERK
8:24CV129

| | |
|---|---|
| SHARI L. JENSEN, and JAREL J. JENSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>RADIOLOGIC CENTER, INC., and NICK L. NELSON, M.D.,<br><br>Defendants. | **VERDICT FORM** |

On Plaintiffs' medical malpractice claim, we, the jury, present our answers to questions submitted by the Court, to which we have all agreed:

1.    On Plaintiffs' medical malpractice claim, as submitted in Instruction No. 10, in whose favor do you find?

_____✓ Plaintiffs

_____ Defendants

*If you found in favor of Defendants, do not answer Question No. 2 or Question No. 3. Instead, sign the Verdict Form and call my chambers to notify us that you have reached a verdict. If you found in favor of Plaintiffs, go on to Question No. 2 and Question No. 3.*

2.    If you found in favor of Plaintiffs in answer to Question 1, what amount of damages do you award for Shari Jensen, as explained in Instruction No. 14?

$ 9,000,000

3.    If you found in favor of Plaintiffs in answer to Question 1, what amount of damages do you award for Jarel Jensen, as explained in Instruction No. 14?

$ 3,000,000

_____
*Foreperson*

Dated: 3/12/26