IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHARI L. JENSEN, and JAREL J. JENSEN,

Plaintiffs,

vs.

RADIOLOGIC CENTER, INC., and NICK L. NELSON, M.D.,

Defendants.

8:24CV129

JUDGMENT

This matter came on for trial before a jury on March 9, 2026, and the jury rendered its verdict on March 12, 2026. Pursuant to that verdict,

JUDGMENT is entered in favor of Plaintiffs and against Defendants in the amounts of $9,000,000 for plaintiff Shari L. Jensen and $3,000,000 for plaintiff Jarel J. Jensen.

These amounts may be subject to further review by the Court upon any further filing by the Defendants under appropriate law, including Fed. R. Civ. P. 50(b) and Fed. R. Civ. P. 59(e).

Dated this 13th Day of March, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge