IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARI L. JENSEN, and JAREL J. JENSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>RADIOLOGIC CENTER, INC., and NICK L. NELSON, M.D.,<br><br>Defendants. | **8:24CV129**<br><br>**ORDER EXTENDING AUTOMATIC STAY ON JUDGMENT** |

This matter is before the Court in the context of an automatic stay on enforcement of the Judgment and anticipated post-trial motions. **The Court observes that Fed. R. Civ. P. 6(b)(2) states, "A court must not extend the time to act under Rules 50(b) and (d), 59(b), (d), and (e), and 60(b)." It appears to the Court that the deadline for post-trial motions is today, 28 days after the March 13, 2026, Judgment.** Filing 156. This matter is before the Court on Defendants' Motion for Stay of Judgment Pursuant to Fed. R. Civ. P. 62(b). Filing 160. Defendants request that the Court extend the automatic stay until the resolution of all post-trial motions in this case. Filing 160 at 1. Defendants state in the accompanying brief that they anticipate filing motions under Rules 50, 59, and 60, which would fall within Rule 62(b). Filing 161 at 1. This matter is also before the Court on Defendants' Motion for Expedited Hearing asking for an expedited hearing or briefing schedule so the Court may rule on Defendant's Motion for Stay of Judgment prior to April 12, 2026.

IT IS ORDERED that

1.      Defendant's Motion for Stay of Judgment Pursuant to Fed. R. Civ. P. 62(b), Filing 160, is granted. The automatic stay on enforcement of a judgment under Fed. R. Civ. P. 62(a) is

1

extended pursuant to Fed. R. Civ. P. 62(b) until the resolution of all post-trial trial motions in this case upon the filing of a "bond or other security" in the amount of $10,000. Fed. R. Civ. P. 62(b) (permitting extension of the automatic stay upon the filing of a "bond or other security" approved by the court).

2.    Defendants' Motion for Expedited Hearing is denied as moot because the Court has now extended the automatic stay.

IT IS FURTHER ORDERED that this case is referred to United States Magistrate Judge Jacqueline M. DeLuca for the scheduling of briefing deadlines on any post-trial motions, assuming that any are filed within the time provided by the applicable rules.


Dated this 10th Day of April, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

2